```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03056
    DANIEL L CHRISS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1781

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/22/2007 and was confirmed 05/21/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was converted to chapter 7 after confirmation 05/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
BLITT & GAINES             SECURED NOT I        .00            .00            .00
HONOR FINANCE              SECURED VEHIC        .00            .00         587.19
INTERNAL REVENUE SERVICE   PRIORITY         1418.25            .00        1063.10
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED           .00            .00
D PATRICK MULLARKEY        NOTICE ONLY     NOT FILED           .00            .00
US ATTORNEYS OFFICE        NOTICE ONLY     NOT FILED           .00            .00
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED           .00            .00
ACC INTERNATIONAL          UNSECURED       NOT FILED           .00            .00
ADVANCE AMERICA            UNSECURED       NOT FILED           .00            .00
PATIENT FINANCIAL SERVIC   UNSECURED       NOT FILED           .00            .00
ADVENTIST HINSDALE HOSPI   UNSECURED       NOT FILED           .00            .00
ADVOCATE HEALTHCARE        UNSECURED       NOT FILED           .00            .00
COMED                      UNSECURED       NOT FILED           .00            .00
TCF BANK                   UNSECURED       NOT FILED           .00            .00
APPLIED CARD BANK          UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          69.29            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED            .00            .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED           .00            .00
WORLD FINANCIAL NETWORK    UNSECURED         121.22            .00            .00
CAPITAL ONE                UNSECURED         928.15            .00            .00
ALLSTATE INDEMNITY COMPA   UNSECURED       NOT FILED           .00            .00
CITY OF HICKORY HILLS      UNSECURED        1750.00            .00            .00
COLLECTION PROFESSIONAL    UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00            .00
AT&T                       UNSECURED       NOT FILED           .00            .00
UNITED CASH                UNSECURED       NOT FILED           .00            .00
EMERGENCY HEALTHCARE PHY   UNSECURED          32.09            .00            .00
EMERGENCY HEALTHCARE PHY   UNSECURED          48.45            .00            .00
FIRST NATIONAL CREDIT CA   UNSECURED       NOT FILED           .00            .00
GARDNER EYE CARE CLINIC    UNSECURED       NOT FILED           .00            .00
GOOD SAMARITAN HOSPITAL    UNSECURED       NOT FILED           .00            .00
TCF NATIONAL BANK          UNSECURED       NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03056 DANIEL L CHRISS
```

```
HINCKLEY SPRINGS            UNSECURED      NOT FILED              .00               .00
HINSDALE HOSPITAL           UNSECURED      NOT FILED              .00               .00
IC SYSTEMS INC              UNSECURED         111.59              .00               .00
EMERGENCY HEALTHCARE PHY    UNSECURED          32.24              .00               .00
ADVENTIST HINSDALE HOSPI    UNSECURED      NOT FILED              .00               .00
ASSET ACCEPTANCE CORP       UNSECURED      NOT FILED              .00               .00
ASSET ACCEPTANCE CORP       UNSECURED      NOT FILED              .00               .00
MEDCLEAR                    UNSECURED      NOT FILED              .00               .00
RUSH                        UNSECURED      NOT FILED              .00               .00
MIDLAND CREDIT MANAGEMEN    UNSECURED         203.71              .00               .00
MIDWEST ANESTHESIOLOGIST    UNSECURED      NOT FILED              .00               .00
MIDWEST ORTHOPAEDIC CONS    UNSECURED      NOT FILED              .00               .00
QCFSS                       UNSECURED      NOT FILED              .00               .00
DS WATERS OF AMERICA        UNSECURED      NOT FILED              .00               .00
WORLD FINANCIAL NETWORK     UNSECURED      NOT FILED              .00               .00
AMERICA ONLINE              UNSECURED      NOT FILED              .00               .00
NIKO CREDIT SERVICE         UNSECURED        4923.69              .00               .00
ADVENTIST HINSDALE HOSPI    UNSECURED      NOT FILED              .00               .00
SHERMAN ACQUISITION         UNSECURED      NOT FILED              .00               .00
TCF NATIONAL BANK           UNSECURED      NOT FILED              .00               .00
RADIOLOGISTS OF DUPAGE      UNSECURED      NOT FILED              .00               .00
RADIOLOGISTS OF DUPAGE      UNSECURED      NOT FILED              .00               .00
SALLIE MAE INC              UNSECURED       20679.22              .00               .00
EMERGENCY HEALTHCARE PHY    UNSECURED         123.32              .00               .00
STATE HEALTHCARE PHYSICI    UNSECURED      NOT FILED              .00               .00
FIRST MIDWEST BANK          UNSECURED      NOT FILED              .00               .00
WEST SURBURBAN HEALTHCAR    UNSECURED      NOT FILED              .00               .00
WEST SUBURBAN MEDICAL CE    UNSECURED      NOT FILED              .00               .00
INTERNAL REVENUE SERVICE    UNSECURED          16.27              .00               .00
HONOR FINANCE               NOTICE ONLY    NOT FILED              .00               .00
PLAINS COMMERCE BANK        UNSECURED         386.53              .00               .00
EMERGENCY HEALTHCARE PHY    UNSECURED         211.48              .00               .00
IL STATE DISBURSEMENT UN    DSO ARREARS      6602.44              .00           6602.44
RSI ENTERPRISES INC         NOTICE ONLY    NOT FILED              .00               .00
LVNV FUNDING LLC            UNSECURED        1723.18              .00               .00
ROBERT J ADAMS & ASSOC      REIMBURSEMENT    306.33                             306.33
NIKKIE LACY                 NOTICE ONLY    NOT FILED              .00               .00
EMERGE MASTERCARD           UNSECURED         275.00              .00               .00
ER SOLUTIONS INC            UNSECURED        1940.63              .00               .00
BLITT & GAINES              UNSECURED      NOT FILED              .00               .00
HONOR FINANCE               UNSECURED      NOT FILED              .00               .00
MIDWEST HEART SPECIALIST    UNSECURED      NOT FILED              .00               .00
CBE GROUP                   UNSECURED      NOT FILED              .00               .00
ROBERT J ADAMS & ASSOC      DEBTOR ATTY     3,000.00                          3,000.00
TOM VAUGHN                  TRUSTEE                                              844.94
DEBTOR REFUND               REFUND                                               412.50

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  2 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 03056 DANIEL L CHRISS
```

```
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  12,816.50

PRIORITY                                         7,971.87
SECURED                                            587.19
UNSECURED                                             .00
ADMINISTRATIVE                                   3,000.00
TRUSTEE COMPENSATION                               844.94
DEBTOR REFUND                                      412.50
                         ---------------       ---------------
TOTALS                   12,816.50             12,816.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 08/20/08        _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE